GEORGE F. ROBISON, PROSECUTING ATTORNEY, v. JUDGE OF RECORDER'S COURT OF DETROIT.

*Carrying concealed weapons — Jurisdiction to try for offense — Recorder's court of Detroit.*

The recorder's court of the city of Detroit has no jurisdiction of cases arising under Act No. 129, Laws of 1887, prohibiting the carrying of concealed weapons, which is vested in the police justices of said city, whose duty it is to take cognizance of and try such cases upon proper application.

Application for *mandamus* to compel respondent to take jurisdiction of and try cases for a violation of Act No. 129, Laws of 1887, prohibiting the carrying of concealed weapons. Submitted April 24, 1888. Denied April 25, 1888. The facts are sufficiently stated in the opinion.

*George F. Robison,* in *pro. per.*, for relator.

PER CURIAM. Motion for *mandamus* to compel the recorder's court of the city of Detroit to take jurisdiction of and try cases for a violation of Act No. 129, Laws of 1887, prohibiting the carrying of concealed weapons.

*Held,* that police justices in the city of Detroit have full jurisdiction in cases arising under the act, and it is their duty to take cognizance of and try such cases when properly applied to for that purpose, and that the recorder's court has no jurisdiction under the act.

The *mandamus* is denied.